HARRY HANSON, Respondent, *v.* MORRIS W. KELLOGG. Appellant, Impleaded with Another.

*Hanson* v *Kellogg,* 126 App. Div. 932, affirmed.
(Argued May 18, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 8, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained by an employee through the master's negligence.

*Frank Verner Johnson* for appellant.

*D. Frank Lloyd* and *Nathan Burkan* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOOK and CHASE, JJ.  Absent: CULLEN, Ch. J.

---

HENRY W. SCHLESINGER, Appellant, *v.* CHARLES WEBER et al., Respondents.

*Schlesinger* v. *Weber,* 126 App. Div. 947, affirmed.
(Argued May 18, 1909; decided June 1, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 16, 1908, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term in an action to compel specific performance of an alleged contract for the sale of real property.

*Joseph G. Engel* for appellant.

*Joseph Gans* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: GRAY, VANN, WERNER, WILLARD BARTLETT, HISCOOK and CHASE, JJ.  Absent: CULLEN, Ch. J.